IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER
WEATHERSPOON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1125

Opinion filed August 4, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Christopher Weatherspoon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.